[S. F. No. 16646.   In Bank.   Apr. 2, 1942.]

JOHN CHIEROTTI, Appellant, v. SAN FRANCISCO POLICE DEPARTMENT et al., Respondents.

Leo R. Friedman for Appellant.

Earl Warren, Attorney General, J. Albert Hutchinson, Deputy Attorney General, Matthew Brady, District Attorney, and Joseph A. Garry, Assistant District Attorney, for Respondents.

TRAYNOR, J.—For the reasons set forth in the opinion in *People* v. *Gonzales and Chierotti,* Crim. 4382, this day decided, *ante,* p. 165 [124 P. 2d 44], the order denying the preliminary injunction is affirmed.

Gibson, C. J., Shenk, J., Curtis, J., and Edmonds, J., concurred.

CARTER, J., Dissenting.—I dissent.
For the reasons stated in my dissenting opinion this day filed in the case of *People* v. *Gonzales and Chierotti,* Criminal No. 4382, *supra,* I am of the opinion that the order denying the preliminary injunction should be reversed.

Houser, J., concurred.